

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2013

No. 04-13-00688-CV

**IN RE** Jennifer G. **ELLIOTT**

Original Mandamus Proceedings[1]

### ORDER

On October 7, 2013, relator Jennifer G. Elliott filed a petition for a writ of mandamus. On October 28, 2013, relator filed a motion for leave to file a supplement to the petition for writ of mandamus. Relator's motion for leave is GRANTED. The court has considered relator's petition, supplemental petition, the response filed on behalf of the real party in interest and relator's reply, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Peter Sakai is ORDERED to vacate the Additional Temporary Orders signed February 1, 2013. The writ will issue only if we are notified that Judge Sakai has not complied within ten days of the date of this order.

Relator filed a motion for attorney's fees and sanctions on November 4, 2013. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on November 20, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006EM503919, styled *In the Interest of I.G.R., A Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.